■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY KORNEGAY, Appellant. [50 NYS3d 268]—

Judgment, Supreme Court, New York County (Juan M. Merchan, J.) rendered January 3, 2013, as amended February 21 and July 18, 2013, convicting defendant, after a jury trial, of stalking in the first and third degrees and forcible touching, and sentencing him to an aggregate term of two years, unanimously affirmed.

The verdict was supported by legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations. The evidence established all the necessary elements, including the requisite course of conduct, which in this case included conduct not involving physical contact (*see People v Noka*, 51 AD3d 468 [1st Dept 2008], *lv denied* 11 NY3d 739 [2008]), and the People did not have to prove more than one act of forcible touching. Concur—Friedman, J.P., Renwick, Moskowitz, Feinman and Kapnick, JJ.